UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANDY C. CARSNER,<br><br>       Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>       Defendant. | CASE NO. C17-5280-MAT<br><br>ORDER GRANTING IN FORMA PAUPERIS APPLICATION |

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(1) The Clerk is directed to issue summonses and a Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge to plaintiff.

(2) Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION
PAGE - 1

DATED this 14th day of April, 2017.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION
PAGE - 2