U.S. DISTRICT JUDGE JAMES L. ROBART
U.S. MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CANDY CORRINE CARSNER,<br>　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>　　Defendant. | Civil No. 3:17-cv-05280-JLR-MAT<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR AMENDMENT TO THE SCHEDULING ORDER |

Plaintiff's motion for an amendment to the scheduling order is GRANTED. Plaintiff's Objections are now due November 15, 2017.

Dated this 8th day of November, 2017.

_____
James L. Robart
~~Mary Alice Theiler~~
United States ~~Magistrate~~ District Judge